### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Angela D'Alessandro, an Individual and<br>Rocky D'Alessandro, an Individual,<br><br>              Plaintiffs,<br><br>        v.<br><br>Cintas Corporation,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **Number:** *19-cv-5176*<br>    **NOTICE OF REMOVAL OF**<br>    **ACTION** |

## NOTICE OF REMOVAL

NOW COMES Defendant, CINTAS CORP. NO. 2, ("CINTAS"), by and through its attorneys, HENNESSY & ROACH, P.C., and hereby request Removal to this Court the Circuit Court of Cook County action described above.

1.    On or about June 4, 2019, an action was commenced by Plaintiffs, ANGELA D'ALESSANDRO and ROCKY D'ALESSANDRO, in the Circuit Court of Cook County, Illinois with the caption of *Angela D'Alessandro and Rocky D'Alessandro v. Cintas Corporation*, bearing Court docket number 2019 L 006162.

2.    Defendant, CINTAS, was served with summons on or about July 18, 2019 and received a copy of Plaintiffs' Complaint at Law.  Pursuant to 28 U.S.C. Section 1446(b), this notice has been timely filed.  A copy of the process of Service of Summons and Complaint at Law are attached hereto as Exhibit "A".

3.    This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. Section 1441(b) in that removal is proper based on diversity pursuant to 28 U.S.C. Section 1332.

4.     That CINTAS, pursuant to 28 U.S.C. Section 1332(c)(1) is a corporation or citizen incorporated in Nevada, with its principal place of business in Warren County, Mason, Ohio, and that plaintiff is a resident or citizen of the County of Cook, Norridge, Illinois.

5.     There are no other defendants attached to this matter.

6.     The claimed amount in controversy is in excess of $75,000.00 and therefore meets the threshold for removal to this Court pursuant to 28 U.S.C. Section 1332(a).

WHEREFORE, Defendant, CINTAS CORP. NO. 2, prays that this action be removed to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

HENNESSY & ROACH, P.C.

:/Jason R. Pearlman

Hennessy & Roach, P.C.
140 South Dearborn Street
Suite 700
Chicago, Illinois 60603
312-345-5310
jpearlman@hennessyroach.com
Number:  6321322



# CSC

# Notice of Service of Process

null / ALL
Transmittal Number: 20109350
Date Processed: 07/18/2019

| | |
|---|---|
| **Primary Contact:** | Jennifer Moore<br>Cintas Corporation<br>6800 Cintas Blvd.<br>Mason, OH 45040 |

| | |
|---|---|
| **Entity:** | Cintas Corporation<br>Entity ID Number  3171939 |
| **Entity Served:** | Cintas Corportation |
| **Title of Action:** | Angela Dalessandro vs. Cintas Corporation |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2019 L 006162 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 07/18/2019 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Dominic R. Fichera<br>312-673-2222 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
6/5/2019 11:46 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006162

5299537

FILED DATE: 6/5/2019 11:46 AM   2019L006162

2120 - Served                        2121 - Served
2220 - Not Served                    2221 - Not Served
2320 - Served By Mail                2321 - Served By Mail
2420 - Served By Publication   2421 - Served By Publication
Summons - Alias Summons                                  (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Angela D'Alessandro and Rocky D'Alessandro

                                    (Name all parties)    Case No.   2019 L 006162

                    v.

Cintas Corportation

### ☐ SUMMONS   ☑ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

**Summons - Alias Summons**                           (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 40783

Atty Name: FICHERA & MILLER, P.C.

Atty. for: Angela and Rcoky D'Alessandro

Address: 770 Lee Street, Suite 206

City: Des Plaines

State: IL    Zip: 60016

Telephone: 312-673-2222

Primary Email: info@ficheramiller.com

Witness: _____

_____
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 6/5/2019 11:46 AM   2019L006162

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ◉ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ○ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ○ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ○ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ○ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ○ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ○ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ○ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ○ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- ○ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ○ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ○ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ○ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ○ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ○ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ○ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ○ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

- ○ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours:  8:30 am - 4:30 pm

FILED DATE: 6/5/2019 11:46 AM   2019L006162

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

FILED
6/4/2019 12:09 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006162

5050273

FILED DATE: 6/4/2019 12:09 PM   2019L006162

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANGELA D'ALESSANDRO,          )
an individual, and            )
ROCKY D'ALESSANDRO,           )
an individual,                )
      Plaintiff,       )
                 )
      v.               )   No.   2019L006162
                 )
CINTAS CORPORATION            )
                 )
      Defendant.       )

## COMPLAINT

NOW COMES, the Plaintiffs, ANGELA D'ALESSANDRO and ROCKY D'ALESSANDRO, by their attorneys, FICHERA & MILLER, P.C., and complaining of Defendant, CINTAS CORPORATION, and states as follows:

## COUNT I

1.    That on or about February 12, 2016, the Defendant, CINTAS CORPORATION, was in the business providing maintenance and servicing safety supplies to different business establishments including Big Lots Store, #574. Located at 15600 San Carlos Blvd., Ft. Meyers, Florida.

2.    That prior to February 12, 2016, the Defendant, CINTAS CORPORATION, contracted with Big Lots to supply it with rugs to be placed in entrance ways to their stores which it did at Store #574, located at 15600 San Carlos Blvd., Ft. Meyers, Florida.

3.    That in placing the rug in the front entrance of Big Lots Store #574, the Defendant, CINTAS CORPORATION, by and through his agent employee, placed

FILED DATE: 6/4/2019 12:09 PM 2019L006162

the rug in such a negligent, careless and dangerous manner so as to cause the rug to not lay flat but rather raised and creased up, allowing for a dangerous condition.

4.    That at said time and place, the Plaintiff, Angela D'Alessandro a business invitee, while entering said Big Lots store was caused to trip and fall as a result of her foot striking the raised rug, causing the injuries herein after set out.

5.    That the Defendant, CINTAS CORPORATION, by and through its agent / employee, was guilty of one or more of the following acts of negligent and careless acts:

    A.  Failed to place the rug down flat;

    B.  Placed the rug in such a careless manner so as to cause the rug to become raised instead of lying flat;

    C.  Failed to warn patrons, especially the Plaintiff, of the dangerous condition;

    D.  Was otherwise careless and negligent

6.    As a result of the negligence of the Defendant, Plaintiff suffered permanent bodily injury, and resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment.

WHEREFORE, the Plaintiff, Angela D'Alessandro, demand judgment against the Defendant, CINTAS CORPORATION, in a dollar amount sufficient to exceed the jurisdictional limitation of the Court and such additional amount as the Court and the Jury shall deem proper for damages, plus the costs of this lawsuit.

FILED DATE: 6/4/2019 12:09 PM 2019L006162

## COUNT II - LOSS OF CONSORTIUM

The Plaintiffs incorporate by reference all the above paragraphs 1 - 6 as though fully set forth herein.

7.      At the time of the accident complained of in the Plaintiffs' Complaint, the Plaintiffs were married and continue to be married.

8.      That as a result of the wrongful and negligent acts of the Defendant, the Plaintiffs were caused to suffer, and will continue to suffer, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

9.      That all the injuries and damages were caused solely and proximately by the negligence of the Defendant.

WHEREFORE, the Plaintiffs jointly as husband and wife, demand judgment against the Defendant, CINTAS CORPORATION, in a dollar amount sufficient to exceed the jurisdictional limitation of the Court and such additional amount as the Court and the Jury shall deem proper for damages, plus the costs of this lawsuit.

FICHERA & MILLER, P.C.

BY: _____
One of the Attorneys for the Plaintiff

I, Dominic R. Fichera, an attorney for the plaintiff in the above-captioned case depose and state that the damages sought to this action do exceed $50,000.00.

_____
Dominic R. Fichera

Page | 3

FILED DATE: 6/4/2019 12:09 PM   2019L006162

FICHERA & MILLER, P.C.
Attorney For Plaintiff
770 Lee Street, Suite 206
Des Plaines, IL 60016
(312) 673-2222
Attorney Number: 6192704